IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY NEHMER, et al.,

    Plaintiffs,

v.

UNITED STATES VETERANS ADMINISTRATION, et al.,

    Defendants.

NO. C86-6160 TEH

CLASS ACTION

ORDER

Good cause appearing, it is HEREBY ORDERED that, effective August 1, 2006, the above-captioned case shall be subject to Northern District of California General Order No. 45 (Electronic Case Filing). Accordingly, as of August 1, 2006, all filings in this action must be made electronically. General Order No. 45 and information pertaining to the Court's electronic case filing program is available on the Court's website at www.cand.uscourts.gov.

**IT IS SO ORDERED.**

DATED   July 18, 2006

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE