FILED

SEP  8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
06 SEP -5  PM 4: 43
CLERK, U.S. DISTRICT COURT
W. WIEKING
U.S. DISTRICT COURT
OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

BEVERLY NEHMER, et al.,

                                        CASE NO. CV86-6160 (TEH)

                                        (Proposed)
                Plaintiff(s),           ORDER GRANTING APPLICATION
        v.                              FOR ADMISSION OF ATTORNEY
                                        PRO HAC VICE
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, et al.,


                Defendant(s).
_____/

Louis J. George                          , an active member in good standing of the bar of

The Supreme Judicial Court of Massachusetts      whose business address and telephone number

(particular court to which applicant is admitted)

is

National Veterans Legal Services Program, 1600 K Street, NW, Suite 500, Washington DC,
20006-2833, (202) 265-8305,
                                                                                              ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing                                             .

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.


Dated:  9/7/06                          _____
                                        THELTON E. HENDERSON
                                        United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NEHMER, ET AL,

    Plaintiff,

v.

US VETERANS ADMINIST,

    Defendant.

_____/

Case Number: CV86-06160 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Wechsler
Timothy Nusraty
Richard G. Lepley
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7217
Washington, DC 20530

Sharra E. Greer
National Veterans Legal Services Project
2001 S. Street, NW
Ste 610
Washington, DC 20009

Louis J. George
Ronald B. Abrams
Richard V. Spataro, Jr.
National Veterans Legal Services Project
1600 K Street, NW, Suite 500
Washington, DC 20006-2833

Dated: September 7, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk