IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY NEHMER, et al.

              Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

              Defendant.

NO. C86-6160 TEH

ORDER MANDATING CLL CLAIMS PROCEDURE STATUS REPORT

       On December 5, 2006 the Court held a telephonic status conference with the parties to discuss disputed issues relating to defendant United States Department of Veterans Affairs' processing of *Nehmer*-related CLL claims. Following the status conference, on December 12, 2006, defendant submitted a Status Report confirming the number of employees at the VA central office devoted to reviewing CLL claims processed by the Philadelphia Resource Center (PRC), and describing the VA's procedures for notifying its regional offices that all CLL claims subject to the Court's orders should be forwarded to the PRC for processing.

       The Court now orders that defendant submit another status report identifying the following:

       1. The number of employees (in terms of full time equivalency) at the PRC and the central office devoted to processing *Nehmer*-related CLL claims;

       2. The rate of processing at both offices for the past two months;

3. The anticipated future rate of processing at both offices;

4. The anticipated date by which all claims shall be completed;

5. If there is any present backlog of claims at the central office, defendant's plan to promptly eliminate that backlog and to keep pace with the PRC processing rate.

The Status Report shall be supported by an appropriate declaration and shall be filed by February 20, 2007. Plaintiffs shall have the opportunity to file a response to the Status Report by February 27, 2007. The Court will reserve decision as to whether to schedule another status conference, by phone or personal appearance, until after reviewing the report and response.

**IT IS SO ORDERED.**

Dated: 2/8/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT