UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEVERLY NEHMER, *et al.*, | ) | Civil Action No. CV-86-6160 (TEH) |
| Plaintiffs, | ) ) ) | ~~[Proposed]~~ **ORDER** |
| v. | ) ) | |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

    For good cause shown, the parties' joint request to (1) take off calendar the status conference scheduled for Monday, January 28, 2008 at 10:00 a.m.; and (2) to set a telephonic status conference on Monday, March 31, 2008 at 1:30 p.m., is hereby GRANTED.

    IT IS FURTHER ORDERED that Defendants' counsel is responsible for contacting plaintiffs' counsel and for initiating the call to the Court on Monday, March 31, 2008.

_____
HONORABLE THELTON E. HENDERSON

01/25/08

**ORDER**