UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY NEHMER, et al.,                    ,

                              Plaintiff(s),

            v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS,                                   ,

                              Defendant(s).

Case No. 3:86-cv-06160-WHA

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Renée A. Burbank, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Sean D. Unger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SB# 231694.

National Veterans Legal
Services Program
1100 Wilson Blvd. Suite 900
Arlington, VA 22209
MY ADDRESS OF RECORD

(202) 265-8305
MY TELEPHONE # OF RECORD

renee.burbank@nvlsp.org
MY EMAIL ADDRESS OF RECORD

Paul Hastings LLP
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 856-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

seanunger@paulhastings.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DC SB# 90004342.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules. I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 8/2/2024                                    /s/ Renée A. Burbank
                                                        APPLICANT
5                                                       Renée A. Burbank

6    ════════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11           IT IS HEREBY ORDERED THAT the application of Renee A. Burbank              is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17    _____
      UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Renee Alina Burbank

was duly qualified and admitted on October 25, 2022 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 30, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.